UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

# CIVIL MINUTES – GENERAL

| Case No. | SACV 17-01076-CJC (KESx) | Date | February 7, 2018 |
|---|---|---|---|
| Title | Todd Duvall v. Aramark Services, Inc. et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                     None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The Court, having been advised by the Plaintiff that this action has been settled by a Notice of Settlement [18], here by orders this action dismissed without prejudice.   The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for thirty (30) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

                                                                                                    -      :    -

                                                            Initials of Deputy Clerk    mku

cc: